[Civ. No. 5150. First Appellate District, Division One.—March 20, 1925.]

RAINE EWELL, Petitioner, v. Honorable LOUIS H. WARD, Judge, etc., Respondent.

[1] CONTEMPT—CERTIORARI.—Application for writ of *certiorari* denied upon authority of *Ex parte Ewell, ante,* p. 744.

APPLICATION for a Writ of Certiorari to review an order of the Superior Court of the City and County of San Francisco, adjudging petitioner guilty of contempt. Louis H. Ward, Judge. Denied.

The facts are stated in *Ex parte Ewell, ante,* p. 744.

Raine Ewell, *in pro. per.,* for Petitioner.

No appearance for Respondent.

KNIGHT, J.—The matters presented by the petition filed herein for a writ of *certiorari* are discussed and decided in the opinion in *Ex parte Ewell, ante,* p. 744 [236 Pac. 205], and for the reasons therein stated the petition for the writ of *certiorari* is denied.

Tyler, P. J., and Cashin, J., concurred.

A petition for a rehearing of this cause was denied by the district court of appeal on April 18, 1925, and petitioner's application to have the cause heard in the supreme court, after judgment in the district court of appeal, was denied by the supreme court on May 18, 1925.

All the Justices concurred.